

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2017

No. 04-17-00321-CR, 04-17-00322-CR
04-17-00323-CR & 04-17-00324-CR

Logan **FIELD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16292, A16293, A16294 & A16295
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant Logan Field was represented by retained counsel at trial and to date for his appeal. After retained appellate counsel Nancy B. Barohn and Angel Tomasino determined Appellant has no potentially meritorious issues for appeal, they filed a motion to withdraw as Appellant's appellate attorneys. *See* TEX. R. APP. P. 6.5(a), (b); *Rivera v. State*, 130 S.W.3d 454, 458 (Tex. App.—Corpus Christi 2004, no pet.).

The motion to withdraw is GRANTED.

We ABATE this appeal and REMAND the cause to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983). We ORDER the trial court to conduct a hearing within THIRTY DAYS of the date of this order, and address the following questions:

(1)    Does Appellant desire to prosecute his appeal?
(2)    Is Appellant indigent?
(3)    Does Appellant require court-appointed counsel to represent him in this appeal?

The trial court may exercise its discretion to receive evidence on the questions by appropriate means, e.g., contents of the appellate record, etc. If the trial court determines Appellant is indigent and Appellant desires court-appointed counsel to prosecute his appeal, the trial court shall appoint appellate counsel. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04 (West Supp. 2017).

We ORDER the trial court clerk to file a supplemental clerk's record in this court, within FORTY DAYS of the date of this order, that includes copies of any documentary evidence admitted and, if applicable, the trial court's order appointing appellate counsel.

All other appellate deadlines are SUSPENDED pending further order of this court.



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court